FILED
April 30, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

Court of Appeals
Third District of Texas

Shaine Carl Cagle,
Appellant,

RECEIVED
MAR 16 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

V.

Donna Gail Andrews-Drumm,
Respondant,
And

Sarah Louise Cagle, the child

Cause No. 03-14-00636-CV

Sworn Declaration and Notice as a Matter of Record Regarding Respondant's Fraudulent filing of 2013 Joint Tax Return and forgery of Appellants name and Social Security Number.

Honorable Justice

Comes now the Appellant, in the above titled cause.

I Shaine Carl Cagle, am otherwise competent to make the herein statements made by me.

Exhibit A is a copy of the Fraudulently filed Joint tax return for the year 2013 filed by Respondant, Donna Andrews, on April 15th 2014. Respondant, did forge Appellant's signature in the fraudulent filing of this Tax return without Appellants, Knowledge or consent for financial gain. Respondant, did Fraudulently file this Joint Tax return with the forged signature of Appellant, on the same day (April 15th 2014) that the original petition for divorce was filed in the Burnet County Court. This Honorable Court has in the file in Appellants, motion to vacate default judgement, documents notifying Respondant, the illegality of further use of the spouses signature or name and to incurr no further debt.

Exhibit B is a sworn AFFIDAVIT by Appellant, that will be submitted to the Department of the Treasury, notifying them of

the forgery and fraud committed by Donna Gail Andrews-Drunn, Respondant, in the filing of this Joint Tax return for financial gain.

Appellant, will await 30 days before notifying the Department of the Treasury (IRS) regarding this fraudulently filed Tax return.

Appellant, wishes to convey to this Most Honorable Court and to the Respondant, that he is still willing to resolve this child custody suit amicably and with no further harm or debt to be incurred by either Party.

Appellant, loves Respondant, and their child and wishes no ill will or harm. If Respondant, would Contact Appellant, he believes this suit can be resolved peacefully and without any undue financial burden which takes away from the needs of the child.

Appellant, wishes to stress he is not the Respondants, enemy. He is litigating this action, gathering damning evidence which may well see the Respondant inprisoned because Respondant, gives him no choice. Respondant, still continues to withold his child from him and refuses to communicate.

It is NOT Appellant's, desire to be the adversary of the woman he still loves, but divorce and child custody are Adversarial by nature. Appellant, has every right to be a father to his child and will never stop litigating this case untill and unless his rights are restored. I love Sarah more than life itself. This can be easy or we continue our present course.

Respectfully submitted this 1ST Day of March, 2015.

Shaine Cagle
Pro Se / In Forma PauPeris
A Prisoner

I Shaine Carl Cagle, do attest to the accuracy and Truthfulness of these statements made herein by me to the best of my knowledge under Penalty of Perjury.

Shaine Cagle — March 1ST 2015

Exhibit A

 **IRS** Department of the Treasury
Internal Revenue Service

AUSTIN   TX   73301-0025

In reply refer to:  0631256279
Feb. 18, 2015     LTR 96C     1
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   000000   00
                              00000001
                        BODC: NOBOD

SHAINE CAGLE
079874
ASPC EYNARD COOK
PO BOX 3200
FLORENCE   AZ   85132

              Name of taxpayer:  Shaine C Cagle
                   Tax periods:  Dec. 31, 2013

                          Form:  1040

Dear Taxpayer:

Thank you for your correspondence received Oct. 14, 2014.

We are including your 2013 tax return as requested.

We are not providing other documents requested for the business
mentioned in your letter.  You did not provide the Employee
Identification Number (EIN).

If you have questions, you can call us toll free at 1-800-829-0922.

If you prefer, you can write to us at the address at the top of the
first page of this letter.

When you write, include a copy of this letter and provide in the
spaces below, your telephone number and the hours we can reach you.
Keep a copy of this letter for your records.

Telephone Number (    )_____     Hours_____

SHAINE CAGLE
079874
ASPC EYNARD COOK
PO BOX 3200
FLORENCE  AZ  85132

Sincerely yours,

Paul J. Morgan
Operations Mgr., Accts Management 1

# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Tax Return Transcript

| | |
|---|---|
| Request Date: | 02-12-2015 |
| Response Date: | 02-12-2015 |
| Tracking Number: | 100231234683 |

**SSN Provided:** ▇▇▇▇▇▇
**Tax Period Ending:** Dec. 31, 2013

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

**SSN:** ▇▇▇▇▇
**SPOUSE SSN:** ▇▇▇▇▇
NAME(S) SHOWN ON RETURN: DONNA G ANDREWS & SHAINE C CAGLE

ADDRESS: ▇▇▇▇▇
BURNET, TX 78611-5887-504

| | |
|---|---|
| FILING STATUS: | Married Filing Joint |
| FORM NUMBER: | 1040A |
| CYCLE POSTED: | 20141305 |
| RECEIVED DATE: | Apr.15, 2014 |
| REMITTANCE: | $0.00 |
| EXEMPTION NUMBER: | 3 |
| DEPENDENT 1 NAME CTRL: | CAGL |
| DEPENDENT 1 SSN: | ▇▇▇▇ |
| DEPENDENT 2 NAME CTRL: | |
| DEPENDENT 2 SSN: | |
| DEPENDENT 3 NAME CTRL: | |
| DEPENDENT 3 SSN: | |
| DEPENDENT 4 NAME CTRL: | |
| DEPENDENT 4 SSN: | |
| PTIN: | ▇▇▇▇ |
| PREPARER EIN: | ▇▇▇▇ |

## Income

| | |
|---|---|
| WAGES, SALARIES, TIPS, ETC: | $24,147.00 |
| TAXABLE INTEREST INCOME: | $0.00 |
| TAX-EXEMPT INTEREST: | $0.00 |
| ORDINARY DIVIDEND INCOME: SCH B: | $0.00 |
| QUALIFIED DIVIDENDS: | $0.00 |
| CAPITAL GAIN OR LOSS: (Schedule D): | $0.00 |
| CAPITAL GAINS OR LOSS: SCH D PER COMPUTER: | $0.00 |
| TOTAL IRA DISTRIBUTIONS: | $0.00 |
| TAXABLE IRA DISTRIBUTIONS: | $0.00 |

| | |
|---|---|
| TOTAL PENSIONS AND ANNUITIES: | $0.00 |
| TAXABLE PENSION/ANNUITY AMOUNT: | $0.00 |
| UNEMPLOYMENT COMPENSATION: | $0.00 |
| TOTAL SOCIAL SECURITY BENEFITS: | $0.00 |
| TAXABLE SOCIAL SECURITY BENEFITS: | $0.00 |
| TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER: | $0.00 |
| SCH EIC DISQUALIFIED INC COMPUTER: | $0.00 |
| TOTAL INCOME: | $24,147.00 |
| TOTAL INCOME PER COMPUTER: | $24,147.00 |

## Adjustments to Income

| | |
|---|---|
| EDUCATOR EXPENSES: | $0.00 |
| EDUCATOR EXPENSES PER COMPUTER: | $0.00 |
| EARLY WITHDRAWAL OF SAVINGS PENALTY: | $0.00 |
| IRA DEDUCTION: | $0.00 |
| IRA DEDUCTION PER COMPUTER: | $0.00 |
| STUDENT LOAN INTEREST DEDUCTION: | $0.00 |
| STUDENT LOAN INTEREST DEDUCTION PER COMPUTER: | $0.00 |
| TUITION AND FEES DEDUCTION: | $0.00 |
| TUITION AND FEES DEDUCTION PER COMPUTER: | $0.00 |
| JURY DUTY PAY DEDUCTION: | $0.00 |
| TOTAL ADJUSTMENTS: | $0.00 |
| TOTAL ADJUSTMENTS PER COMPUTER: | $0.00 |
| ADJUSTED GROSS INCOME: | $24,147.00 |
| ADJUSTED GROSS INCOME PER COMPUTER: | $24,147.00 |

## Tax and Credits

| | |
|---|---|
| 65-OR-OVER: | NO |
| BLIND: | NO |
| SPOUSE 65-OR-OVER: | NO |
| SPOUSE BLIND: | NO |
| EXEMPTION AMOUNT PER COMPUTER: | $11,700.00 |
| TAXABLE INCOME: | $247.00 |
| TAXABLE INCOME PER COMPUTER: | $247.00 |
| TENTATIVE TAX: | $24.00 |
| TENTATIVE TAX PER COMPUTER: | $24.00 |
| CHILD & DEPENDENT CARE CREDIT: | $0.00 |
| CHILD & DEPENDENT CARE CREDIT PER COMPUTER: | $0.00 |
| CREDIT FOR ELDERLY AND DISABLED: | $0.00 |
| CREDIT FOR ELDERLY AND DISABLED PER COMPUTER: | $0.00 |
| EDUCATION CREDIT: | $0.00 |
| EDUCATION CREDIT PER COMPUTER: | $0.00 |
| GROSS EDUCATION CREDIT PER COMPUTER: | $0.00 |
| RETIREMENT SAVINGS CNTRB CREDIT: | $0.00 |
| RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER: | $0.00 |
| PRIM RET SAV CNTRB: F8880 LN6A: | $0.00 |
| SEC RET SAV CNTRB: F8880 LN6B: | $0.00 |
| CHILD TAX CREDIT: | $24.00 |
| CHILD TAX CREDIT PER COMPUTER: | $24.00 |
| ADOPTION CREDIT: F8839: | $0.00 |
| ADOPTION CREDIT PER COMPUTER: | $0.00 |
| TOTAL CREDITS: | $24.00 |
| TOTAL CREDITS PER COMPUTER: | $24.00 |

## Other Taxes

| | |
|---|---|
| OTHER TAXES PER COMPUTER: | $0.00 |
| TOTAL TAX LIABILITY TP FIGURES: | $0.00 |
| TOTAL TAX LIABILITY TP FIGURES PER COMPUTER: | $0.00 |

## Payments

| | |
|---|---|
| FEDERAL INCOME TAX WITHHELD: | $915.00 |
| ESTIMATED TAX PAYMENTS: | $0.00 |
| OTHER PAYMENT CREDIT AMOUNT: | $0.00 |
| MAKING WORK PAY AND GOV'T RET CREDIT PER COMPUTER: | $0.00 |
| REFUNDABLE EDUCATION CREDIT: | $0.00 |
| REFUNDABLE EDUCATION CREDIT PER COMPUTER: | $0.00 |
| REFUNDABLE EDUCATION CREDIT VERIFIED: | $0.00 |
| EARNED INCOME CREDIT: | $3,050.00 |
| EARNED INCOME CREDIT PER COMPUTER: | $3,050.00 |
| EARNED INCOME CREDIT NONTAXABLE COMBAT PAY: | $0.00 |
| SCHEDULE 8812 NONTAXABLE COMBAT PAY: | $0.00 |
| SCHEDULE 8812 TOT SS/MEDICARE WITHHELD: | $0.00 |
| SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT: | $976.00 |
| SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER: | $976.00 |
| SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED: | $0.00 |
| SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER: | $0.00 |
| TOTAL PAYMENTS: | $4,941.00 |
| TOTAL PAYMENTS PER COMPUTER: | $4,941.00 |

## Refund or Amount Owed

| | |
|---|---|
| REFUND AMOUNT: | $-4,941.00 |
| APPLIED TO NEXT YEAR'S ESTIMATED TAX: | $0.00 |
| ESTIMATED TAX PENALTY: | $0.00 |
| BAL DUE/OVER PYMT USING TP FIG PER COMPUTER: | $-4,941.00 |
| BAL DUE/OVER PYMT USING COMPUTER FIGURES: | $-4,941.00 |
| FORM 8888 TOTAL REFUND PER COMPUTER: | $0.00 |

## Third Party Designee

| | |
|---|---|
| THIRD PARTY DESIGNEE ID NUMBER: | |
| AUTHORIZATION INDICATOR: | 0 |
| THIRD PARTY DESIGNEE NAME: | |

## Schedule EIC--Earned Income Credit

| | |
|---|---|
| QUALIFIED EIC DEPENDENTS: | 1 |

### CHILD 1

| | |
|---|---|
| CHILD'S NAME CNTRL: | CAGL |
| SSN: | |
| YEAR OF BIRTH: | |
| STUDENT/DISABLED: | 0 |
| NUMBER OF MONTHS CHILD LIVED WITH YOU: | 12 |
| CHILD'S RELATIONSHIP TO YOU: | son or daughter |

### CHILD 2

| | |
|---|---|
| CHILD'S NAME CNTRL: | |
| SSN: | |
| YEAR OF BIRTH: | 0000 |
| STUDENT/DISABLED: | 0 |
| NUMBER OF MONTHS CHILD LIVED WITH YOU: | |
| CHILD'S RELATIONSHIP TO YOU: | no relationship indicated or determination |

**CHILD 3**

CHILD'S NAME CNTRL:

SSN:

YEAR OF BIRTH: 0000

STUDENT/DISABLED: 0

NUMBER OF MONTHS CHILD LIVED WITH YOU:

CHILD'S RELATIONSHIP TO YOU: no relationship indicated or determination can be made

# Form 8863 - Education Credits (Hope and Lifetime Learning Credits)

**PART III - ALLOWABLE EDUCATION CREDITS**

GROSS EDUCATION CR PER COMPUTER: $0.00

TOTAL EDUCATION CREDIT AMOUNT: $0.00

TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER: $0.00

# Form 8867 Paid Preparer's Earned Income Credit Checklist

TAXPAYER QUALIFYING CHILD OF ANOTHER: No box checked

CHILD 1 RELATIONSHIP TO TAXPAYER: Yes box checked

CHILD 2 RELATIONSHIP TO TAXPAYER: Neither box checked

CHILD 3 RELATIONSHIP TO TAXPAYER: Neither box checked

CHILD 1 LIVE WITH TAXPAYER: Yes box checked

CHILD 2 LIVE WITH TAXPAYER: Neither box checked

CHILD 3 LIVE WITH TAXPAYER: Neither box checked

CHILD 1 CLAIMED BY OTHER PERSON: No box checked

CHILD 2 CLAIMED BY OTHER PERSON: Neither box checked

CHILD 3 CLAIMED BY OTHER PERSON: Neither box checked

CHILD 1 RELATIONSHIP TO OTHERS: no relationship indicated or determination can be made

CHILD 2 RELATIONSHIP TO OTHERS: no relationship indicated or determination can be made

CHILD 3 RELATIONSHIP TO OTHERS: no relationship indicated or determination can be made

CHILD 1 TIEBREAKER RULES: None of the boxes checked

CHILD 2 TIEBREAKER RULES: None of the boxes checked

CHILD 3 TIEBREAKER RULES: None of the boxes checked

FORM 8867 INFORMATION PROVIDED BY TAXPAYER: Yes box checked

PARENTS NOT CLAIMING CHILD: 3

TIEBREAKER RULES EXPLAINED: 3

ADDITIONAL QUESTIONS TO MEET KNOWLEDGE REQUIREMENT: 3

ADDITIONAL QUESTIONS DOCUMENTED: 3

RESIDENCY OF QUALIFYING CHILD/CHILDREN: No documents

DISABILITY OF QUALIFYING CHILD/CHILDREN: No disabled child

DOCUMENTS OR OTHER INFORMATION TO CONFIRM EXISTENCE OF BUSINESS: No Schedule C

| This Product Contains Sensitive Taxpayer Data |
| --- |

Exhibit B

# AFFIDAVIT
## Sworn Declaration

RE: Forgery and Fraud Commited by Donna Andrews in the 2013 Joint Filing of IRS Tax Return for Financial Gain.

I Shaine Carl Cagle, am otherwise competent to make the herein statements made by me regarding the year 2013 Joint filing of the Tax Return submitted by Donna Andrews in ~~viot~~ tioal violation of law.

## Statement

In January 2014 my ex wife Donna Gail Andrews xxx-xx-4893 abandoned me in the state of Arizona. Donna made a writen statement that she was divorcing me in January. On April 15th 2014 Donna Andrews, filed a divorce petition in the Burnet County Court, Burnet, Texas. Donna Andrews, was notified by the court and agreed to not ~~tioat~~ violate state law or the order of the court by using or signing my name or otherwise incurring any debt in my name.

On that same day April 15th 2014 Donna Andrews, did File s a 2013 Joint Tax return by Computer. Donna Andrews, forged my signature without my knowledge or consent to fraudulently obtain a $4,941.00 income Tax return. Without my signature her return would've been around $500.00 Donna Andrews did Commit this felony acts for financial gain. Donna Andrews Kept the proceeds from this forgery and fraud and never notified me that she filed this Joint return.

I, Shaine Carl Cagle, was made aware of this fraud when the Internal Revenue Service mailed me a copy of the Joint return on February 27th 2015.

I, Shaine Carl Cagle, an active litigation against Donna Andrews in the Court of Appeals - Third District of Texas. Cagle v. Andrews case # 03-14-00636-CV.

Donna Andrews, is a former employee of the Department of the Treasury in Austin, Texas. Donna did perjur herself in open Court on July 11th 2014. Under oath and penalty of law.

## OATH / Declaration

I, Shaine Carl Cagle, Do attest to the accuracy and truthfulness of the statements made herein by me to the best of my knowledge under penalty of Perjury.

3/1/2015  Shaine Cagle
          Affiant

State of Arizona
County of Pinal

Notary Hernandez Refused to Notarize          March 5th 2015
Notary Public                                 Subscribed and sworn to on

# Certificate of Service

Dear Clerk,

    Appellant, is Pro Se and of indigent nature and is in no way accessable to Copy Forward. Please Copy stamped filed and Forward in my behalf as I am in no way able. Please Notify me this Motion's recieve date.

11 pages Plus Certificate.

                  Kindest Regards,
                  Shaine Cagle


- Court of Appeals -
third District of Texas          original


- Burnet County Court -      1 Copy
1701 E. Polk St. Suite 90
Burnet, TX. 78611


- Respondant -          1 Copy
Kimberly Ashby Esq.
1003 ~~Berry~~ Berry St.
Llano, TX. 78643


- Appellant - Pro Se      1 Copy
Shaine Cagle ADC# 079874
ASPC Eyman Cook
P.O.Box 3200
Florence, Az, 85132

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS

Inmate _Cagle, Shane_

ADC # _079874_

Arizona State Prison Complex _Eyman_

Unit _Cook_

_P.O. box 3200_

City _Florence_ AZ _85132_

For International Use Only

LEGAL MAIL
ARIZONA DEPT OF CORRECTIONS

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004239340
MAILED FROM ZIP CODE 85132

$ 00.69⁰
MAR 11 2015

Court of Appeals
Third District
Texas

P.O. Box 12547

Austin TX.
78711-2547

Indigent
Legal Mail